Donna M. BRIGGS, Plaintiff–
Appellant,

v.

CITY OF NORFOLK, a municipal corporation, organized under the laws of the Commonwealth of Virginia; Paul D. Fraim, individually, and officially in his capacity as mayor of Norfolk; Melvin High, individually, and officially as the chief of police for the city of Norfolk; James Brownlie, individually, and officially as a lieutenant on the Norfolk police force; R.K. Abbott, in his individual capacity; Thomas baldwin, in his individual capacity; James B. Oliver, individually, and as the city manager of the City of Norfolk; Jayward Hanna, individually, and officially as lieutenant of the Norfolk police force; Thomas Springer, individually, and officially as a po-

lice officer for the City of Norfolk; Alan Bostjancic, individually, and officially as a police officer for the city of Norfolk; Mark Railling, individually, and officially as a police officer for the city of Norfolk, Defendants–Appellees,

and

Kamala Hallgren Lannetti, individually, and officially as the former assistant attorney for the city of Norfolk; Harold P. Juren, individually, and officially as the assistant city attorney for the city of Norfolk; Leonard Merritt, individually; Two Unnamed Police Officers Of The Norfolk Police Department, in their individual capacities; James Prentice, individually, and officially as a police officer for the City of Norfolk; John B. Goodman, individually and in his official capacity as a magistrate for the Commonwealth of Virginia; Captain Crowder, in his individual capacity, Defendants,

Federal Bureau of Investigation,
Party in Interest,

City of Virginia Beach; Everett Martin, Judge of the Circuit Court for the City of Norfolk; Patrick Norsk; Betty Black; The Honorable Charles Cloud, Movants.

Donna M. Briggs, Plaintiff–Appellant,

v.

City of Norfolk, a municipal corporation, organized under the laws of the Commonwealth of Virginia; Paul D. Fraim, individually, and officially in his capacity as mayor of Norfolk; Melvin High, individually, and officially as the chief of police for the city of Norfolk; James Brownlie, individually, and officially as a lieutenant on the Norfolk police force; R.K. Abbott, in his individual capacity; Thomas Baldwin, in his individual capacity;

James B. Oliver, individually, and as the city manager of the City of Norfolk; Jayward Hanna, individually, and officially as lieutenant of the Norfolk police force; Thomas Springer, individually, and officially as a police officer for the City of Norfolk; Alan Bostjancic, individually, and officially as a police officer for the city of Norfolk; Mark Railling, individually, and officially as a police officer for the city of Norfolk; Leonard Merritt, individually; James Prentice, individually, and officially as a police officer for the City of Norfolk; John B. Goodman, individually and in his official capacity as a magistrate for the Commonwealth of Virginia, Defendants–Appellees,

and

Kamala Hallgren Lannetti, individually, and officially as the former assistant attorney for the city of Norfolk; Harold P. Juren, individually, and officially as the assistant city attorney for the city of Norfolk; Two Unnamed Police Officers of the Norfolk Police Department, in their individual capacities; Captain Crowder, in his individual capacity, Defendants,

Federal Bureau of Investigation,
Party in Interest,

City of Virginia Beach; Everett Martin, Judge of the Circuit Court for the City of Norfolk; Patrick Norsk; Betty Black; The Honorable Charles Cloud, Movants.

Nos. 00–1839, 00–2014.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

Donna M. Briggs, pro se. Alan Brody Rashkind, James Arthur Cales, III, Furniss, Davis, Rashkind & Saunders, Norfolk, VA; Catherine Crooks Hill, Office of the Attorney General of Virginia, Richmond, VA, for appellees; Leonard Merritt, appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges. .

PER CURIAM.

Donna M. Briggs appeals the district court's orders dismissing a number of her claims and granting summary judgment in favor of the Defendants in this civil action. Briggs also appeals the district court's order dismissing the remaining claims and Defendants pursuant to Fed.R.Civ.P. 41(b). We have reviewed the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Briggs v. City of Norfolk,* Nos. CA–98–288–2; CA–99–83–2 (E.D.Va. Sept. 10, 1999; June 20, 2000; July 26, 2000). Briggs' motion to consolidate these appeals is granted and her motion to stay is denied. The motion to redesignate the district court's records is denied. Briggs' motion attempting to facilitate further discovery in the district court is denied as is her request for a protective order. The motion to remand is denied. We decline to issue a declaratory ruling in this case with respect to allegedly exculpatory evidence. The motion to unseal portions of the record is denied. Briggs' motions for copies and certification are denied. Briggs may review the public documents maintained by this court in conjunction with these appeals in accordance with the Local Rules of this court. The motion to "prevent spoilation of evidence" combined with a request for production of documents is denied. Briggs' motions to amend her informal brief and supplement the record on appeal are granted and she is relieved from the burden of producing additional copies of the appendix. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*